**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JONATHAN N. WATERS,

    Plaintiff,

v.

MICHAEL V. DRAKE, M.D., et al.,

    Defendants.

Civil Action No.  14 CV 1704

Judge James L. Graham

## DEMAND FOR A TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Jonathan N. Waters demands a jury trial on all issues so triable.

Respectfully submitted,

/s/ David F. Axelrod
_____
David F. Axelrod (0024023), Trial Counsel
Mark D. Wagoner, Jr. (0068577)
James M. Petro (0022096)
Katherine S. Decker (0085600)
SHUMAKER, LOOP & KENDRICK, LLP
41. S. High Street, Suite 2400
Columbus, OH 43215
TEL:  614.463.9441
FAX:  614.463.1108
daxelrod@slk-law.com
mwagner@slk-law.com
jpetro@slk-law.com
kdecker@slk-law.com
Attorneys for Plaintiff Jonathan N. Waters

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served via process server this 2nd day of October, 2014 upon the following:

Michael V. Drake, M.D.
1590 North High Street, Suite 500
Columbus, OH 43210

Joseph E. Steinmetz, Ph.D.
1590 North High Street, Suite 500
Columbus, OH 43210

The Ohio State University
1590 North High Street, Suite 500
Columbus, OH 43210

/s/David F. Axelrod
David F. Axelrod (0024023)
Mark D. Wagoner, Jr. (0068577)
James M. Petro (0022096)
Katherine S. Decker (0085600)