AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jonathan N. Waters<br><br>*Plaintiff(s)*<br>v.<br>Michael V. Drake, M.D., Joseph E. Steinmetz, Ph.D., The Ohio State University<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14 CV 1704<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph E. Steinmetz, Ph.D.
1590 North High Street, Suite 500
Columbus, OH 43210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David F. Axlerod
Shumaker, Loop & Kendrick, LLP
41 S. High Street, Suite 2400
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/26/2014_____   _____
Signature of Clerk or Deputy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14 CV 1704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Joseph Steinmetz PHD__
was received by me on *(date)* __10/2/14__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Caroline Kwon__, who is designated by law to accept service of process on behalf of *(name of organization)* __The Ohio State University - Joseph Steinmetz__ on *(date)* __10/2/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __10/2/14__

__[signature]__
Server's signature

__Ben T A Snow - Process Server__
Printed name and title

__2844 Sherwood Rd, Col, OH 43209__
Server's address

Additional information regarding attempted service, etc: