AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jonathan N. Waters <br><br> *Plaintiff(s)* <br> v. <br> Michael V. Drake, M.D., Joseph E. Steinmetz, Ph.D., The Ohio State University <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14 CV 1704 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Ohio State University
1590 North High Street, Suite 500
Columbus, OH 43210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David F. Axlerod
Shumaker, Loop & Kendrick, LLP
41 S. High Street, Suite 2400
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy*

Date: 09/26/2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14 CV 1704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Drake – The Ohio State University
was received by me on *(date)* 10/2/14.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Caroline Kwon, who is designated by law to accept service of process on behalf of *(name of organization)* Michael Drake The Ohio State University on *(date)* 10/2/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/2/14

_____
Server's signature

Ben T. Lee Snow – Process Server
Printed name and title

2844 Sherwood Rd, Cols, OH 43209
Server's address

Additional information regarding attempted service, etc: