```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Jonathan N. Waters,              :

    Plaintiff,                :

  v.                             :       Case No. 2:14-cv-1704

                                       :       JUDGE JAMES L. GRAHAM
Michael V. Drake, et al.,                Magistrate Judge Kemp

    Defendants.               :

### ORDER

The Court met with counsel on December 9, 2014, for an initial pretrial conference.  At the conference, Defendants expressed their intent to move to stay discovery pending a resolution of the motion for judgment on the pleadings.  Any such motion shall be filed by January 9, 2015, and shall be briefed in accordance with the Local Civil Rules.  If the motion to stay is denied, or if the motion for judgment on the pleadings is denied, the Court will conduct a further scheduling conference.

                                                      /s/ Terence P. Kemp
                                                      United States Magistrate Judge