IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JONATHAN N. WATERS,** | Case No. 2:14-cv-1704 |
| **Plaintiff,** | Judge Graham |
| v. | |
| | Magistrate Judge Kemp |
| **MICHAEL V. DRAKE, M.D.,** *et al.***,** | |
| **Defendants.** | |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Continue Hearing (doc. 18). The Court had previously scheduled a hearing on the Defendants' Motion for Judgment on the Pleadings (doc. 9) for March 5, 2015. Due to previously scheduled commitments, the Plaintiff requests that the hearing be rescheduled. The Court GRANTS the Plaintiff's Motion (doc. 18) and SETS an in-person hearing on the Defendants' Motion for Judgment on the Pleadings for April 10, 2015 at 9:30 AM at the Joseph P. Kinneary United States Courthouse, 85 Marconi Blvd., Columbus, OH 43215.

IT IS SO ORDERED.

s/ James L. Graham  
JAMES L. GRAHAM  
United States District Judge

DATE:  February 6, 2015