# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JONATHAN N. WATERS,**  Case No. 2:14-cv-1704

    **Plaintiff,**  Judge Graham

  v.

    Magistrate Judge Kemp

**MICHAEL V. DRAKE, M.D.,** *et al.***,**

    **Defendants.**

## ORDER

For the reasons set forth on the record during today's telephonic conference, the Court GRANTS the Plaintiff's Motions for Leave to File (docs. 34, 36) and DENIES WITHOUT PREJUDICE the Plaintiff's Motion to Expand the Scope of Discovery (doc. 30).

IT IS SO ORDERED.

                                         S/ James L Graham
                                         James L. Graham
                                         UNITED STATES DISTRICT JUDGE

Date:  May 29, 2015