# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN N. WATERS, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-cv-1704 |
| | : | |
| v. | : | Judge James L. Graham |
| | : | |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION OF CHRIS GLAROS

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Jonathan N. Waters provides notice that his counsel will take the deposition upon oral examination of Chris Glaros on August 21, 2015 at the offices of Carpenter, Lipps & Leland, LLP, 280 Plaza, Suite 1300, North High Street, Columbus, Ohio, beginning at 9:00 A.M.

The deposition will be taken before a certified court reporter and notary public or other officer authorized by law to administer oaths, will be recorded by audiovisual and stenographic means, and will continue until completed, as permitted by Rule 30(d)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/David F. Axelrod
David F. Axelrod (0024023)
Trial Attorney
James M. Petro (0022096)
Mark D. Wagoner, Jr. (0068577)
Kathrine S. Decker (0085600)
Shumaker, Loop & Kendrick, LLP
41 South High Street, Suite 2400
Columbus, Ohio 43215
614.463.9441, 614.463.1108 (facsimile)
daxelrod@slk-law.com
jpetro@slk-law.com
mwagoner@slk-law.com

kdecker@slk-law.com  
ATTORNEYS FOR PLAINTIFF  
JONATHAN N. WATERS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing Plaintiff Jonathan N. Waters' Notice of Deposition of Chris Glaros was electronically filed with the Clerk of Court this 10th day of August, 2015, using the EM/ECF system, which will effect service on all parties.

/s/Brian A. Coulter  
Brian A. Coulter  
*Attorney for Plaintiff*