# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JONATHAN N. WATERS,** | Case No. 2:14-cv-1704 |
| **Plaintiff,** | Judge Graham |
| v. | |
| **MICHAEL V. DRAKE, M.D.,** *et al.*, | Magistrate Judge Kemp |
| **Defendants.** | |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Expand the Scope of Discovery (doc. 46). The Court ORDERS the Defendants to file their response on or before August 19, 2015.

IT IS SO ORDERED.

                                              S/ James L Graham
                                              James L. Graham
                                              UNITED STATES DISTRICT JUDGE

Date: August 14, 2015