## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JONATHAN N. WATERS,**            Case No. 2:14-cv-1704

    **Plaintiff,**                             **Judge Graham**

  v.

                                                  **Magistrate Judge Kemp**

**MICHAEL V. DRAKE, M.D.,** *et al.***,**

    **Defendants.**

## **ORDER**

    The parties shall forthwith provide the Court with the following materials:

1.     The Defendants shall provide the Court with a copy of the privilege log provided to the Plaintiff's counsel on or about July 31, 2015.

2.     The Plaintiff shall provide the Court with a document identifying each item in the privilege log which he claims is not protected by the privilege and the grounds for each claims.

The parties shall submit these documents under seal.

    IT IS SO ORDERED.

                                                         S/ James L Graham
                                                         James L. Graham
                                                         UNITED STATES DISTRICT JUDGE

Date:   August 14, 2015