# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN N. WATERS | ) | Case No. 14 CV 1704 |
| | ) | |
| Plaintiff, | ) | Judge James L. Graham |
| | ) | |
| v. | ) | Magistrate Judge Terence P. Kemp |
| | ) | |
| MICHAEL V. DRAKE, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT THE OHIO STATE UNIVERSITY'S DISCOVERY PLAN

Pursuant to the Court's Order of July 15, 2015, defendant The Ohio State University ("Ohio State") submits this discovery plan. This plan identifies additional discovery that Ohio State plans to conduct prior to the September 15, 2015 deadline.

**1. Deposition Of Plaintiff Jonathan N. Waters ("Mr. Waters").**

Ohio State plans to take the deposition of Mr. Waters. Ohio State has offered dates to Mr. Waters' counsel for August 31, 2015 and September 1, 2015.

          MICHAEL DeWINE
          ATTORNEY GENERAL OF OHIO

By: /s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
Timothy R. Bricker (0061872)
Caitlin E. Murphy (0090665)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
E-mail: carpenter@carpenterlipps.com
       bricker@carpenterlipps.com
       murphy@carpenterlipps.com

Special Counsel for Defendants Michael V. Drake, Joseph E. Steinmetz, and The Ohio State University

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on August 17, 2015. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
One of the Attorneys for Defendant
The Ohio State University