# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JONATHAN N. WATERS,**  Case No. 2:14-cv-1704

    **Plaintiff,**  Judge Graham

v.

    Magistrate Judge Kemp

**MICHAEL V. DRAKE, M.D.,** *et al.***,**

    **Defendants.**

## ORDER

The Court has reviewed the parties' recent filings (docs. 55, 56) and declines to postpone the depositions of Dr. Drake and Mr. Glaros. The Plaintiff may file a motion seeking *in camera* review of the identified documents in the Defendants' privilege log, which may provide grounds for the reopening of Dr. Drake's and Mr. Glaros's depositions at a later date.

IT IS SO ORDERED.

    S/ James L Graham
    James L. Graham
    UNITED STATES DISTRICT JUDGE

Date:  August 18, 2015