**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN N. WATERS | ) | Case No. 14 CV 1704 |
| | ) | |
| Plaintiff, | ) | Judge James L. Graham |
| | ) | |
| v. | ) | Magistrate Judge Terence P. Kemp |
| | ) | |
| MICHAEL V. DRAKE, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF DEPOSITION</u>**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for defendant The Ohio State University will take the deposition of plaintiff Jonathan N. Waters at the date, location and time noted:

| <u>Date</u> | <u>Location</u> | <u>Time</u> |
|---|---|---|
| September 15, 2015 | Shumaker Loop & Kendrick LLP | 10:00AM |
| | Huntington Center | |
| | 41 South High Street, Suite 2400 | |
| | Columbus, OH 43215 | |

The deposition is being taken for potential use at trial and for any other purpose permitted under the Federal Rules of Civil Procedure.  The examination will be taken by stenographic and video means before a notary public or other officer authorized by law to administer oaths.  The deposition will continue thereafter from day to day until completed.

MICHAEL DeWINE
ATTORNEY GENERAL OF OHIO

By:   /s/ Michael H. Carpenter
      Michael H. Carpenter (0015733)
      Timothy R. Bricker (0061872)
      Caitlin E. Murphy (0090665)
      CARPENTER LIPPS AND LELAND LLP
      280 Plaza, Suite 1300
      280 North High Street
      Columbus, OH 43215
      E-mail:carpenter@carpenterlipps.com
           bricker@carpenterlipps.com
           murphy@carpenterlipps.com

      Special Counsel for Defendants Michael V. Drake, Joseph
      E. Steinmetz, and The Ohio State University

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on September 9, 2014. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
One of the Attorneys for Defendant
The Ohio State University