IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JONATHAN N. WATERS,

       Plaintiff,

v.

MICHAEL V. DRAKE, M.D., *et al.*,

       Defendants.

Case No: 2:14-cv-1704

Judge Graham

Magistrate Judge Kemp

## ORDER

### Summaries of Deposition Testimony

Each of the parties shall provide the court with a summary of the deposition testimony of Drake, Glaros, and Waters which they believe is relevant to plaintiff's claim of gender discrimination and any defense to same.

### Requests for Additional Depostitions

If any party wishes to take additional discovery depositions, they shall identify the deponent and explain why they believe the deposition would likely lead to the discovery of evidence relevant to any claim or defense.  The court notes that plaintiff has already filed such a motion.

### Opposing Memoranda

If any party opposes a parties' request for additional depositions, they shall file an opposing memorandum within 10 days.

### Reply Memoranda

If memoranda in opposition are filed, then the party requesting additional depositions shall file a reply memorandum within 5 days.

                                                s/ James L. Graham
                                                JAMES L. GRAHAM
                                                United States District Judge

DATE: September 22, 2015