IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JONATHAN N. WATERS,            Case No: 2:14-cv-1704

       Plaintiff,                     Judge Graham

   v.

                                 Magistrate Judge Kemp

MICHAEL V. DRAKE, M.D., *et al.*,

       Defendants.

## ORDER

In its September 22, 2015 order, the court ordered the parties to provide the court with summaries of the deposition testimony of Drake, Glaros, and Waters which they believe is relevant to plaintiff's claim of gender discrimination and any defense to that claim. The parties have not filed such summaries are hereby instructed to file them forthwith.

                                                                s/ James L. Graham
                                                                JAMES L. GRAHAM
                                                                United States District Judge

DATE: October 13, 2015