IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN N. WATERS, | Case No: 2:14-cv-1704 |
| Plaintiff, | Judge Graham |
| v. | |
| MICHAEL V. DRAKE, M.D., *et al.*, | Magistrate Judge Kemp |
| Defendants. | |

### ORDER

The parties are instructed to file under seal full deposition transcripts with the court no later than Monday, October 19, 2015.  Plaintiff shall file the deposition transcript of Jonathan Waters and Defendant shall file the deposition transcripts of President Drake and Chris Glaros.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 16, 2015