```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

Jonathan N. Waters,

    vs.                                                    **NOTICE**

Michael V. Drake, et al.,           CASE NUMBER: 2-14-CV-1704
                                                              JUDGE Graham
                                                              Magistrate Judge Kemp


[ x ]   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     United States District Court    **ROOM NUMBER 172**
            85 Marconi Boulevard
            Columbus OH  43215               **November 3, 2015 at 10:00 AM**


Type of Proceeding:    **STATUS CONFERENCE**


**PLEASE NOTE**: The status conference may be conducted by telephone if any party elects to initiate the conference call. All parties must consent to the telephone conference, and all must <u>participate by telephone</u>. Personal attendance of any counsel at a telephone status conference is strongly discouraged. The Deputy Clerk must be informed prior to the scheduled date and time if the conference will be by telephone.


                                                       TERENCE P. KEMP
                                                       UNITED STATES MAGISTRATE JUDGE

Date:      October 28, 2015         */s/ Spencer Harris*
                                                (BY)Spencer Harris, Deputy Clerk
                                                614 719-3027
                                                spencer_harris@ohsd.uscourts.gov