IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JONATHAN N. WATERS,

        Plaintiff,

   v.

MICHAEL V. DRAKE, M.D., *et al.*,

        Defendants.

Case No: 2:14-cv-1704

Judge Graham

Magistrate Judge Kemp

## ORDER

On December 8, 2015, the Magistrate Judge issued an order following *in camera* review of documents designated by defendants' counsel as privileged. Plaintiff filed objections to the order on January 8, 2016. One of the objections raised by plaintiff is that the Magistrate Judge did not determine the issue of whether The Ohio State University waived the protections of attorney-client privilege by its use and dissemination of a document known as the Glaros Report in which Ohio State reported the findings of a Title IX investigation.

The court hereby remands the matter to the Magistrate Judge for consideration of the waiver-of-privilege issue.

                                            s/ James L. Graham
                                            JAMES L. GRAHAM
                                            United States District Judge

DATE: January 20, 2016