```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Jonathan N. Waters,           :

     Plaintiff,
     v.                       :      Case No.  2:14-cv-1704

Michael V. Drake, M.D., et al.:      JUDGE JAMES L. GRAHAM
                                       Magistrate Judge Kemp
     Defendants.             :

## ORDER

Defendants have moved for leave to file under seal Exhibit 37 to the deposition of Jessica Tobias.  The motion sets forth good cause and the motion (Doc. 133) is therefore granted.

                                              /s/ Terence P. Kemp
                                              United States Magistrate Judge