# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **JONATHAN N. WATERS,** | ) Case No:  2:14-cv-1704 |
| Plaintiff, | ) |
| v. | ) Judge Graham |
| **MICHAEL V. DRAKE, M.D.**, *et al.*, | ) Magistrate Judge Kemp |
| Defendants. | ) **PLAINTIFF'S NOTICE OF APPEAL** |

Please take notice that Plaintiff Jonathan N. Waters hereby appeals to the United States Court of Appeals for the Sixth Circuit from the trial court's orders: 1) granting in part Defendants' motion for judgment on the pleadings (Doc. #27) issued on April 24, 2015 and 2) granting summary judgment and entering judgment in favor of all Defendants (Doc. ##154, 155), issued on August 12, 2016.

Respectfully submitted,

s/ Neil E. Klingshirn
Neil E. Klingshirn (0037158)
Stuart Torch (0079667)
ELFVIN, KLINGSHIRN, ROYER & TORCH, LLC
4700 Rockside Road, Suite 530
Independence, Ohio  44131
216.382.2500 (telephone)
216.381.0250 (facsimile)
neil@ekrtlaw.com
stuart@ekrtlaw.com

*Attorneys for Plaintiff Jonathan N. Waters*
*for purposes of Appeal to Sixth Circuit*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on all counsel of record, via the ECF electronic notification system, this 12th day of September, 2016.

/s/ Neil E. Klingshirn
One of the Attorneys for Plaintiff