# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 27, 2016

Mr. Timothy Raymond Bricker
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. Michael Hiram Carpenter
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. Neil E. Klingshirn
Elfvin, Klingshirn, Royer & Torch
4700 Rockside Road
Suite 530
Independence, OH 44131

Mr. Stuart G. Torch
Elfvin & Besser
4070 Mayfield Road
Cleveland, OH 44121

Mr. Caitlin Eileen Vetter
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Re: Case No. 16-4043, *Jonathan Waters v. Michael Drake, et al*
Originating Case No. : 2:14-cv-01704

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

                 s/Connie A. Weiskittel
                 Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 16-4043

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JONATHAN N. WATERS

    Plaintiff - Appellant

v.

MICHAEL V. DRAKE, M.D.; JOSEPH E. STEINMETZ; THE OHIO STATE UNIVERSITY

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 27, 2016